| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:09-CR-9 |
| | ) | |
| WILLIAM ADONTE HOCKETT | ) | MATTICE/CARTER |

**O R D E R**

On May 14, 2009, Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation recommending (a) the Court accept Defendant William Adonte Hockett's ("Defendant") plea of guilty to Count Two of the Three-Count Indictment, (b) the Court adjudicate Defendant guilty of the charges set forth in Count Two of the Three-Count Indictment; and (c) Defendant shall remain in custody pending sentencing in this matter (Doc. 18). Neither party filed an objection within the given ten days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 18) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count Two of the Three-Count Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Two of the Three-Count Indictment; and

(3) Defendant **SHALL REMAIN** in custody pending sentencing on Monday, August 17,

2009, at 9:00 am EST.

**SO ORDERED.**

**ENTER:**

_____/s/Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE